**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

AMERICAN INSTITUTE FOR PREVENTIVE
MEDICINE, INC.,

       Plaintiff/Counterclaim Defendant,

v.                                                  Case No. 09-11195

OAKSTONE PUBLISHING, LLC,

       Defendant/Counterclaim Plaintiff.
                                                  /

**ORDER AMENDING MAY 22, 2009 SCHEDULING ORDER
AND SETTING DEADLINES AND TRIAL DATE**

On April 7, 2010, the court conducted a status conference with counsel in the above-captioned matter. During the conference, the court suggested, and counsel agreed, that one final attempt at facilitation, if entered into in good faith, may result in an amicable resolution to this matter. The court will therefore set the remaining trial and pretrial dates with the understanding that the next two weeks will likely be devoted to settlement efforts. Accordingly,

IT IS ORDERED that the court's May 22, 2009 Scheduling Order [Dkt. # 13] is AMENDED as follows: the court will conduct a final pretrial conference with counsel only, by telephone,[1] on **May 17, 2010 at 2:00 p.m.** The court will initiate the call.

---

[1]During the April 7, 2010 status conference, counsel agreed that in the event facilitation proved unsuccessful, an in-person status conference was not necessary. If counsel changes their mind, however, and find that perhaps an in-person conference, with or without party representatives, would aid in either resolving this case or streamlining the issues for trial, counsel is directed to notify the court's case manager, and she will convert the May 17, 2010 telephone conference into an in-person conference.

IT IS FURTHER ORDERED that all trial documents (as described in the court's May 22, 2009 Scheduling Order §§ 8-10 & 14) are due by **May 10, 2010.** A jury trial will commence on **May 24, 2010 at 9:00 a.m.**

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: April 12, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 12, 2010, by electronic and/or ordinary mail.

                                              s/Deborah J. Goltz
                                              Case Manager