**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

AMERICAN INSTITUTE FOR PREVENTIVE
MEDICINE, INC.,

       Plaintiff/Counterclaim Defendant,

v.                                         Case No. 09-11195

OAKSTONE PUBLISHING, LLC,

       Defendant/Counterclaim Plaintiff.

_____/

**ORDER STAYING PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS AND**
**SETTING TELEPHONE CONFERENCE**

On April 29, 2010, the court conducted a settlement conference with principals

and counsel for both parties regarding the above-captioned case. Although the parties

did not come to a resolution during the conference, it was apparent that continued

settlement discussions may allow the parties to settle this case. Accordingly, the parties

will continue to negotiate over the next two weeks. The court is satisfied that the parties

will use this time productively. Accordingly,

IT IS ORDERED that all formal proceedings in this matter are STAYED pending

settlement negotiations between the parties. The parties are instructed to notify the

court immediately if they have reached a complete resolution to this matter or if their

negotiations have halted.

IT IS FURTHER ORDERED that the parties will participate in a telephone status

conference on **May 14, 2010, at 2:00 p.m.** The court will initiate the telephone call. If,

at that time, the parties have failed to negotiate a settlement, the court will lift the stay;

the court will adjust the deadlines for the submission of trial materials; and the case will

proceed rapidly to trial.

                       S/Robert H. Cleland
                       ROBERT H. CLELAND
                       UNITED STATES DISTRICT JUDGE

Dated:  May 4, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, May 4, 2010, by electronic and/or ordinary mail.

                       S/Lisa Wagner
                       Case Manager and Deputy Clerk
                       (313) 234-5522